UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JULIAN FRANCIS BATES,

    Plaintiff,

v.                                                                              Case No. 23-11071

GENERAL MOTORS, LLC,                                      Sean F. Cox
                                                                    United States District Court Judge

    Defendants.
_____/

## ORDER
## ADOPTING REPORT AND RECOMMENDATION (ECF NO. 34) AND DENYING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

Acting *pro se*, Plaintiff filed this civil action against Defendant, his former employer, asserting employment discrimination claims.  This matter was referred to Magistrate Judge Kimberly G. Altman for all pretrial proceedings.

In a Report and Recommendation ("R&R") issued on March 20, 2024, Magistrate Judge Altman recommends that Plaintiff's Motion for Default Judgment be denied.  (ECF No. 34).

Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a magistrate judge must file objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  The district judge to whom the case is assigned reviews those objections, and any response to the objections from the opposing party.  "The district judge may accept, reject, or modify the recommended disposition; receive further evidence; or return the matter to the magistrate judge with instructions."  Fed. R. Civ. P. 72(b)(3).

The time permitted for the parties to file objections to that Report and Recommendation has passed and no objections were filed.

Accordingly, the Court **ADOPTS** the March 20, 2024 Report and Recommendation and **ORDERS** that Plaintiff's Motion for Default Judgment is **DENIED.**

**IT IS SO ORDERED.**

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: April 22, 2024